Case 1:19-cv-01252-JLS-MJR   Document 1   Filed 09/16/19   Page 1 of 20

19 CV1252 v

FILED
SEP 16 2019
MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Western of New York |
|---|---|
| Name: Matthew Schunk | Prisoner No. 19B-0145 | Case No. 19-cv-12 |

**Place of Confinement:** Gouverneur Corr. Facility

**Name of Petitioner** (include name under which convicted): Matthew Schunk

**Name of Respondent** (authorized person having custody of petitioner): V. Erie County, Buffalo Police

**The Attorney General of the State of:** New York

## PETITION

1. Name and location of court which entered the judgment of conviction under attack
   Erie County Court, 25 Delaware Ave, Buffalo, N.Y. 14202

2. Date of judgment of conviction  1-3-19

3. Length of sentence  5 yrs Flat

4. Nature of offense involved (all counts)
   Murder Two, Felony Murder, Kidnap

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:  Guilty plea of Kidnap.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐   No ☒

- 2 -

9. If your answer to 8. was "yes," <u>attach a copy of the appeals court decision to this petition</u> and answer the following:

   (a) Name of court (e.g., NYS Sup. Court, 4th Dept.) _____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) List <u>all</u> grounds you raised (1) _as part of my plea Deal I was told I cannot Appeal._

   (2) _____

   (3) _____

   (4) _____

10. Did you seek further review of the appeals court decision by a higher state court (e.g., the NYSCourt of Appeals)?

    Yes ☐   No ☒

11. If your answer to 10. was "yes," <u>attach a copy of the higher state court decision to this petition</u> and answer the following:

    (a) Name of court _____

    (b) Result _____

    (c) Date of result and citation, if known _____

    (d) List <u>all</u> grounds you raised (1) _____

    (2) _____

    (3) _____

    (4) _____

12. Did you file a petition for certiorari in the United States Supreme Court?

    Yes ☐   No ☒

13. If your answer to 12. was "yes," <u>attach a copy of the United States Supreme Court decision to this petition</u> and please answer the following with respect to each direct appeal you asked the United States Supreme Court to review:

(a) Result _____

(b) Date of result and citation, if known _____

(c) List all grounds you raised (1) _____

   (2) _____

   (3) _____

   (4) _____

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g. a petition under NY CPL § 440, a state habeas petition, or a previous petition under 28 U.S.C. 2254) with respect to this judgment in any court, state or federal?

    Yes ☑   No ☐

15. If your answer to 14. was "yes," attach a copy of that court's decision to this petition and give the following information:

    (a) Name of court __U.S. District Court Western District__

    (b) Nature of proceeding __U.S.C. 42 1983 Civil Right's__

    (c) Date Filed __1-2-19__

    (d) List all grounds you raised (1) __Due Process - Violating the protection of my private Right's, Suppression of my equal Right's:__

    (2) __Violating and Denying my Right's of the 4th, 5th, 6th, 8th, 14th Amendment's:__

    (3) __Violating my civil Right's and wrongful imprisonment for Tevin McCutcheon's crimes:__

    (4) __Prosecution's unethical, corrupt, Fraudulent manner in which they prosecuted this case:__

    (e) Did you receive an evidentiary hearing on your petition, application, or motion?

        Yes ☐   No ☑

- 4 -

(f) Result _____

(g) Date of result _____

16. If your answer to 14. was "yes" and you also filed a <u>second</u> petition, application, or motion, <u>attach a copy of that court's decision to this petition</u> and give the same information:

   (a) Name of court _____

   (b) Nature of proceeding _____

   (c) Date Filed _____

   (d) List <u>all</u> grounds you raised (1) _____

   _____

   (2) _____

   _____

   (3) _____

   _____

   (4) _____

   _____

   (e) Did you receive an evidentiary hearing on your petition, application, or motion?

   Yes ☐   No ☒

   (f) Result _____

   (g) Date of result _____

   As to any third, fourth, etc. petition, application, or motion, <u>attach a copy of that court's decision to this petition</u> and give the same information asked for under 15. and 16.

17. If your answer to 14. was "yes" and if the court did not grant the petition(s), application(s), or motion(s) you listed under 15. and 16., did you appeal to an intermediate court of appeals (e.g., the New York State Court of Appeals or the Second Circuit Court of Appeals)?

   Yes ☐   No ☒

18. If your answer to 17. was "yes," <u>attach a copy of the appeals court decision to this petition</u> and answer the following regarding <u>each</u> petition, application, or motion:

   (a) Name of court _____

   (b) Date Filed _____

   (c) Result _____

   (d) Date of result and citation, if known _____

(e) List all grounds you raised (1) _____

(2) _____

(3) _____

(4) _____

19. Did you appeal to the highest state court (e.g., the NYS Court of Appeals) or the United States Supreme Court for review of decisions regarding the petition(s), application(s), or motion(s) you listed in 15. and 16.?

    (a) First petition    Yes ☐   No ☒
    (b) Second petition   Yes ☐   No ☒
    (c) Third petition    Yes ☐   No ☒

    [List any other petition and indicate yes or no.]

20. For each "yes" answer in 19., attach a copy of that court's decision to this petition and give the following information:

    (a) Name of court _____
    (b) Date filed _____
    (c) Result _____
    (d) Date of result and citation, if known _____
    (e) List all grounds you raised (1) _____

    (2) _____

    (3) _____

    (4) _____

21. If you did *not* appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:
    As A part of my plea Deal to Kidnap I was informed I cannot appeal this plea

- 6 -

22. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize briefly the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

    CAUTION: In order to proceed in federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. *See* 28 U.S.C. §2254(b). If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. *See* 28 U.S.C. §2244(b).

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.
    (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
    (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
    (e) Conviction obtained by a violation of the privilege against self-incrimination.
    (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
    (g) Conviction obtained by a violation of the protection against double jeopardy.
    (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
    (i) Denial of effective assistance of counsel.
    (j) Denial of right of appeal.

A.  Ground one: __(A)__

    Supporting FACTS (state briefly without citing cases or law): "Fact one," I was not clear on the meaning of Felony murder, my understanding was Being present where a murder happened...

    "Fact Two" (OBstruction) prosecution's threat of 25 year's to life For the same crime But Different charge...

B. Ground two: (C)

Supporting FACTS (state briefly without citing cases or law):
"Fact one" illegal action of a malicious Arrest with-out proBaBle cause...
"Fact Two" no supporting evidence to support the allegation's against me...
"Fact three" I was the victim of a home invasion, that has nothing to Do with me, that I tried to stop the crime...

C. Ground three: (D)

Supporting FACTS (state briefly without citing cases or law): "Fact one" I was not in commission of any crime, nor DID I commit one
"Fact two" False, and Fraudulent charges resulting From a FaBricated, speculated theory...
"Fact three" I am not the person that ~~initiates~~ initiated, assisted, or committed the involved crimes...
"Fact Four" there is no proof of Fact that exist's...

D. Ground four: (E) All evidence against me is my own testimony which is in Direct violation of 5th Amendment.

Supporting FACTS (state briefly without citing cases or law): (F) Prosecution's Direct violation of there oBligation to conform with the BraDy Disc. Suppressing Tevin's aDmission, recorDeD phone call, witness's statement, corroBorating statement.
(I) I requested new Counsel (4 times) never- granted.
(J) upon sentencing to my plea Deal of kiDnap which I DiD not Do commit I was informeD I may not APPeal.

23. If you did not previously present any of the grounds listed in 22A, 22B, 22C, and 22D in any other court, state or federal, state briefly what grounds you did not present and give your reasons for not presenting them:

My civil Right's, my AmenDment Right's, and my Due process of law right's were constantly, and continuelessly violateD By Erie county.

- 8 -

24. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?

    Yes ☒   No ☐

    (a) Name of court __U.S. District Court (Western District)__
    (b) Nature of proceeding __U.S.C. 42, 1983 civil Right's__
    (c) Date filed __1-2-19__
    (d) List all grounds you raised (1) __Malicious Prosecution - Having no Probable cause or evidence of support__
    (2) __False charges - I DID not commit any crime, nor was I in commission of a crime, nor outside my Dwelling__
    (3) __Prosecutorial Misconduct - Violating Rules of professional conduct, Violating my constitutional Right's, False information__
    (4) __Suppression - not allowing, producing, or honoring evidence and information in my Favor ...__

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you challenge in this petition:

    (a) At preliminary hearing __Paul Michalek  W. Seneca__

    (b) At arraignment and plea __Paul Michalek__

    (c) At trial _____

    (d) At sentencing __Paul Michalek__

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

    Yes ☐   No ☒

- 9 -

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☒   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__8-22-19__
(Date)

_Matthew Schunk_
Signature of Petitioner

- 10 -

Matthew Schunk                                9-10-19
   -v-                                      Habaes Corpus
State of New York.                          Schunk's Defense

### Fruit of the Poisonous tree:

My name is Matthew Schunk, I am 55 years of age, I have made an honest living my entire life, I have never victimized anyone my entire life, I have no criminal record, I am the only witness to this crime, and I am not affiliated with either of the parties involved in this criminal matter...

I tried the entire time to have Tevin McCutcheon, release Jonathan Grumble, However Tevin would not release Grumble, in which I witnessed McCutcheon, Kill Grumble...

Erie County, without evidence, eyewitness, confession, or statement arrested me on False charges, arresting me For a crime I DID not commit, assist, or have anything to Do with, a crime commited By Tevin McCutcheon, and Erie County, has commited Fraud By charging me with Felony murder, without constituting the crimes elements:

Matthew Schunk                                    9-10-19
      -v-                                      Habeas Corpus
State of New York:                             Schunks Defense

### Felony Murder:
### Felony Murder Rule:

A rule that establishes murder liability for a defendant, If he or she kills another person during the commission of certain Felonies... Rape, arson, Burg, robbery...

A.) I was in commission of no Felony...
B.) I DID not Kill another person...
C.) Grumble invades my Dwelling Firing a Gun...

### Unethical procedures By E.C.D.A.:

① **Bribery** - Feraleto offering Jamel Chapman con-current charge:
② **Perjury** - Det. Borrelli under oath saying no G.S.R.T. administered
③ **Tampering** - Switching of my submitted statement...
④ **Falsefying** - Manipulating, -n- Fabricating my involvement:
⑤ **Forgery** - a Fake signature of my name on the statement:
⑥ **misleading** - Lying to the Court, I have an extensive C.R.:
⑦ **Obstruction** - Threatening me with 25 yrs to life, I DID not DO It.
⑧ **False charges** - arresting me for a crime I DID not commit:
⑨ **Suppressing** - concealing material Fact...
⑩ **Fraud** - A misrepresentation of the truth...

Matthew Schunk            9-10-19
   -v-                                HaBaes Corpus
State of New York:        Schunks Defense

### Felony Murder Doctrine:

Holding that any Death resulting from the commission or attempted commission of a Felony is murder...

The Future of Felony murder is uncertain, England where the Doctrine originated has abolished it, The model penal code recommends its abolition, Judicial limitations on Felony Murder seem to ensure that in many States it would Be an unusual case to be convicted of Felony Murder, absent this Doctrine, one would not Be convicted of murder... (Buffalo has not charged anyone with Felony murder in 27 years)...

### Self incrimination clause:

Guarantees that a person cannot Be compelled By the Government if, the testimony results in a person Being criminally prosecuted...

Matthew Schunk                  9-10-19
    -V-                        Habaes Corpus
State of New York:            Schunk's Defense

### Penal-Law 35:30: (Sec 4)

A private person acting on his own account may use physical force, other than deadly physical force, upon another person when and to the extent that he reasonably believes such to be necessary to effect an arrest, or to prevent the escape from custody of a person who has in fact committed an offense...

### A Constitution:

Emphasizes the unique American concept of restricting the powers of government to preserve, and protect the rights of minorities against the arbitrary action of those in power, they must conform to this constitution...

Elements of a crime are specific factors that define a crime, the prosecution must prove these elements...

Matthew Schunk                                9-10-19
    -v-                                       HaBaes Corpus
State of New York:                            Schunks Defense

## Constitutional Rights:
### Civil Rights:

The taking of a persons civil liberties, and personal Freedoms that the Government cannot aBridge either By law or Judicial interpretation without Due process of law...

### Due Process:

Fair treatment thru the Judicial system, especially as a citizens entitlement...

A legal requirement that the state must respect all legal rights that are owed to a person...

the conduct of legal proceedings according to estaBlished rules, and principles for the protection, and enforcement of private rights... the right to fair proceedings...

Matthew Schunk                                    9-10-19
        -v-                                       HaBaes Corpus
State of New York:                                Schunks Defense

### Bill of Rights: (Type 2)

Prohibitions, and requirements of the Government toward the Defendant... The Due process clause of the 14th Amendment of the United States constitution applies these protections to Defendants in cases Brought By the state...
     (why was I railroaded)...

### Amendments:

**4th Amendment** - The right of people to Be secure in their person from the effects of unreasonable seizure....
  (?) with no evidence, eyewitness, or confession what warrants my arrest...

**5th Amendment** - No person shall Be compelled in any criminal case to Be a witness against themself...(?) How can my statement-n-interrogation Be accepted By the court...

Matthew Schunk                              9-10-19
   -v-                                    Habaes Corpus
State of New York:                        Schunks Defense

## Amendments:

**6th Amendment** - the accused will be informed of the nature, and cause of the accusation...
  As I write this to this day I still do not know the basis of my arrest...

**8th Amendment** - no excessive bail, nor cruel and unusaul punishment inflicted...
  With no evidence against me, I never had a bail... Being held against my will for the crimes of Tevin McCutcheon...

**14th Amendment** - no state shall deprive any person of life, or liberty without due process of law... Deprivation of my freedom, ann liberty for a crime I tried to stop, a violation of my civil rights...

## Violations of My Constitutional Rights:

1. Intentionally Prosecuting a Fraudulent case
2. Allowing inadmissable evidence with prejudicial intent
3. Producing no evidence to support the allegation
4. charging me with a crime I did not commit
5. Knowingly concealing Material Fact
6. Deliberately violating my Due process
7. allowing False charges to continue in a court room
8. Holding Me responsible For other peoples crimes
9. Direct violations of the 4th, 5th, 6th, 8th, 14th Amendments
10. mis-representation, and use of a criminal charge
11. unconstitutional Practice of an arrest Policy
12. Exercising Deliberate indifference of state, n-Federal law
13. not Proving essential elements of the allegations
14. unprofessinal conduct Displayed By County Officials
15. Deprivation of liberty without probable cause
16. non-compliance of Duty to conform with Brady Disc.
17. knowingly exercising unethical means of action
18. Deliberate mistake of Fact to create, n-Believe in an action that Doesn't exist
19. Suppressing Penal law 35:30 which Justifies my actions
20. Denying Defendant Equal protection of rights Guaranteed By law
21. Manipulating, and Falsefying criminal Fact For illegal charge
22. A Direct Disregard of my constitutional civil Rights
23. making an illegal arrest Based on a speculated theory
24. Openly committing Prosecutorial misconduct in a court of law

## Questions of concern:

1. How can I Be charged with Felony Murder without committing a Felony or Murder...
2. How can I Be charged with McCutcheons crimes
3. How can I Be charged with a crime with no evidence
4. How am I responsible For other peoples criminal actions
5. How can it Be legal to go against the constitution
6. How can the D.A. manipulate the witness into the criminal
7. How can Detectives say what happened with no eyewitness
8. How can this continue when the Fruit is From a poisonous tree
9. How can you violate the 5th Amendment to prosecute someone
10. How is switching charges without arraingment legal
11. How is the crime of Fraud overlooked By the court
12. How is a speculated theory construed as proof of Fact
13. How Does False charges, False information, False pretense Prevail
14. How am I Facing trial without evidence to warrant trial
15. How can a violent invasion with shots Fired constitute Kidnap
16. Why DID all my court slips read (Murder 2nd Degree)
17. How can County Court allow all my evidence suppressed
18. What certifies the county acted in proper practice, procedure
19. How can I stand Before a court and not Be informed of the nature of my arrest...

Respectfully
Matthew-Schinz

Matthew Schenk
19B-0145
Gouverneur corr. Facility
P.O. Box 480
Gouverneur, N.Y. 13642

SEP 16 2019

2.05

19-cv-12

Clerk of Court
U.S. Courthouse
2 Niagara Square
Buffalo, N.Y. 14202

**19-CV-1252v**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**: Matthew Schunk

**DEFENDANTS**: Erie County Buffalo Police

**(b)** County of Residence of First Listed Plaintiff: Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Erie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
- [x] 3  Federal Question *(U.S. Government Not a Party)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [x] 1  DEF [x] 1
- Incorporated or Principal Place of Business In This State: PTF [x] 4  DEF [x] 4

## IV. NATURE OF SUIT
- [x] 510 Motions to Vacate Sentence

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **28 U.S.C. 2254**
Brief description of cause: wrongful imprisonment (unconstitutional)

## VII. REQUESTED IN COMPLAINT:
DEMAND $: Release me
JURY DEMAND: [x] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Honorable L. J. Vilardo
DOCKET NUMBER: 19-CV-12

DATE: 8-22-19
SIGNATURE OF ATTORNEY OF RECORD: Matthew Schunk