UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



_____

MATTHEW SCHUNK,

      Petitioner,

    v.                              19-CV-1252 (JLS) (MJR)

ERIE COUNTY, ET AL.,

      Respondents.

_____

## DECISION AND ORDER

On September 16, 2019, *pro se* Petitioner Matthew Schunk filed a Petition for

a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, challenging the

constitutionality of his conviction. Dkt. 1. In addition, on January 8, 2020, Schunk

moved for immediate release. Dkt. 25. On April 1, 2020, and April 8, 2020, Schunk

also moved for summary judgment. Dkts. 51, 53.

Respondents responded to Schunk's Petition on March 2, 2020, arguing that

the Petition must be dismissed for failure to exhaust state court remedies. Dkt. 37.

On March 3, 2020, this Court[1] referred this case to United States Magistrate Judge

Michael J. Roemer for all proceedings under 28 U.S.C. § 636(b)(1)(A) and (B). Dkt.

38.

On July 7, 2020, Judge Roemer issued a Report and Recommendation

("R&R") recommending that Schunk's Petition be dismissed, without prejudice, for

_____

[1] United States District Judge Lawrence J. Vilardo was originally assigned to this
case. On January 5, 2020, this case was reassigned to the undersigned. Dkt. 24.

failure to exhaust state court remedies, and further recommending that the Court deny Schunk's motions for immediate release and summary judgment. *See, e.g.,* Dkt. 77 at 5; *see also id.* at 4 (recommending the Court "dismiss the Petition without prejudice to refiling after [Schunk] has exhausted his state remedies"). Judge Roemer also recommended that no certificate of appealability issue. *Id.* at 5.

On July 16, 2020, Schunk objected to the R&R, reiterating his allegations. *See* Dkt. 78. He stated, for example, that "every aspect of [his] case" was "violated" and "unlawful." *Id.* at 4. After filing objections, Schunk also filed a letter addressed to the undersigned and to Judge Roemer, which the Court has reviewed. Dkt. 79.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a de novo review of those portions of a magistrate judge's recommendation to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

This Court has carefully reviewed the thorough R&R, the record in this case, the objection, and the materials submitted by the parties. Based on that de novo review, the Court accepts and adopts Judge Roemer's recommendation to dismiss the Petition in its entirety, without prejudice, and to deny Schunk's motions for immediate release (Dkt. 25) and for summary judgment (Dkts. 51, 53).

## CONCLUSION

For the reasons stated above and in the Report and Recommendation,

Schunk's Petition (Dkt. 1) is DISMISSED without prejudice.  Schunk may refile

after he has exhausted his state remedies.  No certificate of appealability shall

issue.  Schunk's motions for immediate release (Dkt. 25) and for summary judgment

(Dkts. 51, 53) are DENIED.  The Clerk of the Court is instructed to close this case.

SO ORDERED.

Dated:     August 17, 2020
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE